# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Plaintiff

V.

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

Defendant

CASE NUMBER: 2:07cv628-MEF

I, __JERRY DALE BENNETT #182152X  C-21__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant           ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __KILBY CORRECTIONAL FACILITY MT. MEIGS, ALABAMA__

   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __January 1995  1000°° a month__

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☑ No

   If "Yes," state the total amount. .27 CENTS (NO CASH.)

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   NONE

I ~~declare~~ certify under penalty of perjury that the above information is true and correct. to the best of my ability. (28 USCS § 1746)

JUNE 25, 2007                 Jerry Dale Bennett #182152X C-21
Date                          Signature of Applicant
                              PO BOX 150
                              Mt Meigs, Alabama 36057

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

I ~~declare~~ *certify* under penalty of perjury that the foregoing is true and correct.
*to the best of my ability*
Executed on _July 4th 2007_.
                    (date)

_Jerry Dale Bennett 182152x_
Signature of Affiant
C-21
# KILBY CORR. FAC.

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ _.27¢_ on account to his credit at the _Kilby Correctional Facility_ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months).

1. $ _.27¢_   on the 1st day of _July 07_
2. $ _.27¢_   on the 1st day of _June 07_
3. $ _.27¢_   on the 1st day of _May 07_
4. $ _.27¢_   on the 1st day of _April_
5. $ _.27¢_   on the 1st day of _March_
6. $ _.08¢_   on the 1st day of _February_

_____
_____
_____

_LaTonya W. Harvest_
Authorized Officer of Institution

DATE _July 2, 2007_

BUSINESS OFFICE
* PLEASE FILL THIS FORM OUT AND RETURN TO ME.

Thanks.
Jerry Bennett #182152x C-21
June 25, 2007

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

*NONE* NO MONEY RECIEVED*

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _X_        No _____

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   $.27 (twenty-seven cents)

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____      No _X_

   If the answer is "yes", describe the property and state its approximate value.

   *NONE*

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   *NONE*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on DECEMBER 20, 2006.
             (Date)

Jerry Dale Bennett #182152X
Signature of Petitioner
6-90
WEDCF

**CERTIFICATE**

I hereby certify that the petitioner herein has the sum of $ 0.27 on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said WM E Donaldson institution:

No transactions within the last twelve months

COURT COPY

28 Dec 2006
DATE

Ebony M Coleman, Account Clerk
AUTHORIZED OFFICER OF INSTITUTION

Patricia H. Jones
Notary

My Commission Expires 5/31/2008

Rule 32                                3

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                 KILBY CORRECTIONAL FACILITY


AIS #: 182152      NAME: BENNETT, JERRY           AS OF: 07/02/2007

                  # OF        AVG DAILY         MONTHLY
        MONTH     DAYS        BALANCE           DEPOSITS
        ---------------------------------------------------

        JUL       29          $0.00             $0.00
        AUG       31          $0.00             $0.00
        SEP       30          $0.00             $0.00
        OCT       31          $0.00             $0.00
        NOV       30          $0.00             $0.00
        DEC       31          $0.00             $0.00
        JAN       31          $0.00             $0.00
        FEB       28          $0.08             $0.27
        MAR       31          $0.27             $0.00
        APR       30          $0.27             $0.00
        MAY       31          $0.27             $0.00
        JUN       30          $0.27             $0.00
        JUL        2          $0.27             $0.00
```

X LaTonya W. Harvest
July 2, 2007
account clerk