✱ IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA ✱

JERRY DALE BENNETT 182152X
   plaintiff

v.

TROY KING, et al.
   defendant(s)

CASE NUMBER: 2:07cv628-MEF

✱ MOTION FOR PERMISSION TO FILE LESSOR COPIES DUE TO PLAINTIFFS PRO SE STATUS AND INDIGENCY ✱

Comes now The Plaintiff, Jerry Dale Bennett, pro se to respectfully pray this Honorable Court to allow inmate seeking relief from constitutional deprivations to be allowed to file lessor copies of 42 USCS § 1983 complaint due to Plaintiffs, supra, indigentcy and pro se status and:

1. Plaintiff is not given sufficient supplies to provide copies. Only 8 (eight) sheets of paper per week and 2 (two) envelopes.
2. Plaintiff, due to indigency can not afford to purchase paper nor appropriate counsel.
3. Plaintiff is being held under maxemum sercurity conditions, Administrative Segregation, where borrowing is not available.

NEXT →

p. 1 of 2

①

REQUESTED RELIEF:

1. Allow Plaintiff to submit original and 1 (one) copy to Court with 1 (one) copy of each motion filed by Plaintiff to be sent to Defendants at collective addresses.

2. Allow Plaintiff to file Ex Parte Motions that the Court Clerk can issue to Defendants copies thereof.

3. Any other relief this Court deems in favor of Plaintiffs request.

4. Appoint Counsel for indigent, incarserated, pro se Plaintiff, as cause is meritorious.

\* Done this the 5th Day of July 2007

Respectfully Submitted
Jerry Dale Bennett 182152¥
pro se

JERRY DALE BENNETT #182152¥
KCF C-21 ; PO BOX 150
Mt Meigs, Alabama 36057

\* I certify under penalty of perjury the above stated facts are true and correct to the best of my, Jerry Dale Bennetts, ability.

July 5, 2007    Jerry Dale Bennett 182152¥
pro se

\* 28 USCS §1746

(2)

END
p 2 of 2