IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY DALE BENNETT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-628-MEF |
| ) | |
| TROY KING, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Temporary Restraining Order filed on July 10, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 10th day of July, 2007.

                                      /s/ Mark E. Fuller
                                 CHIEF UNITED STATES DISTRICT JUDGE