IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY DALE BENNETT, #182152, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-628-MEF |
| | ) |
| TROY KING, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the complaint filed in this case, and as the plaintiff fails to identify a proper defendant with respect to his claims challenging the conditions of confinement at the Kilby Correctional Facility, it is

ORDERED that on or before July 25, 2007 the plaintiff shall file an amended complaint which:

1. Names those individuals who are responsible for the alleged violations of his constitutional rights with respect to the conditions of confinement at the Kilby Correctional Facility.

2. Specifically describes how each named defendant violated his constitutional rights. In responding to this directive, the plaintiff shall explain how the condition about which he complains violates the Constitution.

In responding to this order, the plaintiff must set forth **short and plain statements** showing why he is entitled to relief. Each allegation in the pleading should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*. The plaintiff is advised

that this case will proceed only against those defendants named and the claims presented in the amended complaint.

The plaintiff is cautioned that if he fails to comply with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

Done this 10th day of July, 2007.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE