IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY DALE BENNETT, #182152,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | CIVIL ACTION NO. 2:07-CV-628-MEF |
| ) | |
| TROY KING, et al.,   ) | |
| ) | |
| Defendants.   ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file lessor copies filed by the plaintiff on July 10, 2007 (Court Doc. No. 3), in which the plaintiff seeks relief from the requirement that he provide copies of documents to the defendants, and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 10th day of July, 2007.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE