IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT MONTGOMERY, ALABAMA *

JERRY DALE BENNETT )
   plaintiff )
 )
 )
 )  CASE NUMBER:
 )
 )    2:07 CV 628 MEF
v )
 )
TROY KING, et al )  * HONORABLE CHIEF US DISTRICT
   defendant(s) )
 )     COURT JUDGE MARK E. FULLER *

* ENTREATY FOR RELIEF FROM ORDER OF DENIAL 7/10/07,
RULE 60, F.R.Civ.P., AND MOTION FOR COURT TO
ORDER TEMPORARY RESTRAINING ORDER PER RULE 65
(b)(1) and (2), F.R.Civ.P. *

Comes now the Plaintiff, JERRY DALE BENNETT, (herein after Bennett) pro se, to respectfully pray This Honorable Court for:

1) Relief from July 10, 2007, ORDER DENYING TEMPORARY RESTRAINING ORDER (herein after T.R.O.), document #4-1 by Honorable Chief United States District Judge Mark E. Fuller, per Rule 60, F.R.Civ.P.;

AND

2) ORDER TO GRANT T.R.O. prayed of This Honorable Court by Bennett in initial pleading per Rule 65 (b)(1) and (2) F.R.Civ.P.;

   *FOR THE FOLLOWING REASONS:

① 

NEXT →
p. 1 of 7

1. Bennett prayed relief from constitutionally inhumane treatment in violation of Bennetts 8, 14 Amendment, USCA, protections to be free from same while incarcerated in the Alabama Department of Corrections (herein after A.D.O.C.) and subserviant to The Defendants of this cause who in their collective "official" and "personal" capacitys remain "deliberately indifferent" to Plaintiff Bennetts serious medical needs, personal safety as a disabled person, ~~and~~ personal safety as a human being, and improper punitive segregated confinement (herein after Ad. Min. Seg.) EVEN AFTER BEING NOTIFIED OF ABOVE STATED GRIEVANCES VIA STATE CIVIL ACTION, CV-06-2654, Montgomery County Circuit Court, OVER SIX MONTHS AGO.

2. Plaintiff Bennetts condition, both physical and mental, is worsening with use of Bennetts legs becoming difficult and more painful. Bennetts ability to exercise is not merely limited due to 5'x 8'x 8' cell, but INTENSE pain in lower back, upper and lower legs, left ankle, and both feet to include severe headaches and emotional duress from all above stated pains suffered while incarcerated.

3. Bennett has been suffering injurys of his back since 2003 but new pain and worsening of condition since August 29, 2006, attack on Bennetts person by 3 (three) inmates and 2 (two) correctional officers.

4. Bennetts suffers severe nerve damage as a result of a 2003 injury then spinal surgery, at Carroway Medical Center, Birmingham, Alabama, Dr. Craddock, neurosurgeon, a cage of titanium metal (rods and screws) being placed around Bennetts spinal

(continuation of #4)

... column to correct the vertabrae that were smashed together and pinching and smashing spinal nerves.

5. Attack on Bennett of August 29, 2006, left Bennett incapacitated for 3 (three) days and physical impairments worsened.

6. Bennett filed complaints to Prison Health Services (herein after P.H.S.) health care provider for A.D.O.C. and Bennett filed complaints to Warden Kenneth Jones, of W.E. Donaldson Correctional Facility (herein after W.E.D.C.F.) where Bennett had been stationed for over 11 (eleven) years. All requests for medical attention went unanswered. Verbal request and complaints were made by Bennett to Captain Gordy (one written complaint) and unit correctional officers.

7. On September 30 (approx) Bennett was placed in INVESTIGATIVE SEGREGATION (same as Ad Min Seg) 24 hour a day locked in small cell, for 10 (ten) days then Bennett sat 10 (ten) days in Punitive Segregation (for old disciplinary) then changed to Ad. Min. Seg. where status has remained. Over 9 (nine) months of Ad. Min. Seg. (no difference in punitive nor investigative segregation condition other than priviledges not used by Bennett taken during 10 (ten) day segregation, punitive, as all areas, or status are carried out in the same units, punitive in nature.) Maximum sercurity "lock-down" situation.

8. In October 2006 Bennett filed civil complaint, CV-06-

③

NEXT →
p. 3 of 7

(continuation of #8)

...2654, Montgomery County Circuit Court, Honorable Eugene Reese presiding that refused to grant OBVIOUS indigent status to Bennett until January, 2007, with complaints finally being served on January 30, 2007. Six months have passed and Judge Reese refuses to acknowledge any motion filed by Bennett. Judge Reese refuses to GRANT OBVIOUS motion for default, motion to have Bennett physically evaluated, motions for discovery & interrogatories.

9. On February 14, 2007, Bennett was transferred to Kilby Correctional Facility (herein after K.C.F.) where Bennett sought medical treatment immediately. PHS at K.C.F. refuse to properly diagnos Bennett and prescribe "MOTRIN" and "TYLENOL" for easing headaches but do NOTHING for pain sufferred in back, legs, and feet. Nurses do the diagnosing and prescribing of medications (nurse practitioners) and refuse to send Bennett to physician or spinal specialist, or pain specialist.

10. In early March 2007 The defendants answered the State Civil complaint, none argued that Bennett did not suffer gross pain or suffer physical disability. Defendants argued laundry list of immunity pleas to include "unclean hands". None of the defendants argue they are not collectively responsible for Bennetts medical care. Defendants argue that if they are negligent in any way or deliberately indifferent they are covered through immunity standards BUT IN SIX MONTHS HAVE NOT bothered to allieviate the sufferring of Plaintiff Bennett although their collective powers are capable of same.

I. BENNETT, PLAINTIFF OF THIS CAUSE, respectfully prays the Honorable Court to intervene and ORDER the T.R.O. ask of by Bennett:

    A. ORDER BENNETT TRANSFERRED TO A FEDERAL FACILITY FOR EVALUATION AND TREATMENT OF SERIOUS MEDICAL NEEDS;

    B. ORDER BENNETT MADE PRESENT AT A MEDICAL FACILITY OR PHYSICIAN KNOWN, OR CHOSEN BY HONORABLE COURT, TO SPECIALIZE IN SPINAL INJURIES AND TREATMENT OF SAME;

    C. ANY OTHER RELIEF THIS COURT FINDS IN FAVOR OF BENNETTS CAUSE TO CURE PAIN AND SUFFERING, OR RELIEVE PAIN AND SUFFERING BY A SPINAL INJURY SPECIALIST;

II. BENNETT respectfully asks this Court to also ORDER VIA T.R.O.:

    A. Ink designs printed/marked on inmate clothing to denote "DISABLED INMATE".

    B. Any relief this Honorable Court will order to compel A.D.O.C. to recognize physically impaired inmates upon visual contact so correctional officers will stop using excessive force with the excuse of "I didn't know."

III. Bennett respectfully asks this Honorable Court to also ORDER via T.R.O.:
    A. Defendants in their official capacities, or their agents, to begin prosecuting multiple assailant assaults that occur inside prison walls

(Continuation of III.)

... PER ALABAMA LAW, §14-11-11 Code of Alabama 1975

B. Defendants prosecute the 3 (Three) inmates that attacked Plaintiff Bennett on August 29, 2006, at W.E.D.C.F. per §14-11-11 Code of Alabama 1975.

IV. Bennett asks this Honorable Court to ORDER via T.R.O. (also):

A. Plaintiff Bennett released from Ad. Min. Seg. immediately.

B. Plaintiff Bennett placed in general population.

• Wherefore above stated premises considered throughout Plaintiff Bennett respectfully prays relief and offers that this Court could ORDER Bennett be made present before this Honorable Court for inspection and questioning concerning T.R.O. per HABEAS CORPUS AD TESTIFICANDUM. Plaintiff prays the Court act as soon as possible as the conditions sufferred are increasing the pain and physical impairments of Plaintiff Bennett with emotional duress binding to hopelessness.

* Please see attached AFFIDAVIT OF PLAINTIFF BENNETT.
* Please see attached MEMORANDUM OF LAW IN SUPPORT OF T.R.O., Rule 65(b)(1) and (2).

• Rule 65(b)(1) and (2), F.R.Civ.P., states in pertinent part:

"A temporary restraining order may be granted without written or oral notice to the adverse

(Continuation of Rule 65 (b) (1) and (2))

"... party or that party's attorney only if:
1) It clearly appears from specific fact shown by affidavit or by verified complaint that immediate and irreparable injury, loss or damage will result to the applicant...
2) The applicant attorney certifies to the Court in writing the efforts if any which have been made to give the notice and the reasons supporting the Claim that notice should not be required"

* Bennett, Plaintiff, prays relief of This Honorable Court.

• I, Jerry Dale Bennett, certify under penalty of perjury that the above stated facts are true and correct to the best of my ability.

Respectfully,
Jerry Dale Bennett pro se
JERRY DALE BENNETT 182152X
K.C.F. C-21 ; PO BOX 150
MT. MEIGS, ALABAMA 36057

* Done This the 13th day of July 2007

(7)

• END
p. 7 of 7



JERRY DALE BENNETT #183152X
K.C.I.F. C-31; PO Box 150
MT MEIGS, ALABAMA
36057

LEGAL MAIL

* CASE NUMBER:
2:07 CV 628 MEF

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

* CLERK'S OFFICE *
* UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA *
* PO BOX 711
* Montgomery, ALABAMA
36101

US POSTAGE

\* STATE OF ALABAMA ) { In re: BENNETT V KING et al )
\* COUNTY OF MONTGOMERY ) { ~~CV~~ }
                         ) { \* 2:07·CV·628·MEF }

# \* AFFIDAVIT OF PLAINTIFF JERRY DALE BENNETT \*

I, JERRY DALE BENNETT, herein after Bennett, certify under penalty of perjury that the below stated facts are true and correct to the best of my ability (pursuant 28 USCS §1746) as notary services ARE NOT AVAILABLE TO BENNETT, A CONVICT, upon request by inmates.

- I am over the age of 21 (twenty-one) years of age and of sufficient mental capabilities to attest to the facts below.

- I am an incarserated male individual of the Alabama Department of Corrections (herein after A.D.O.C.) currently stationed at Kilby Correctional Facility (herein after K.C.F.), in maximum sereurity Administrative Segregation (herein after Ad Min Seg).

In July 2003 I was given decompressive spinal surgery at Carroway Medical Hospital in Birmingham Alabama by Dr. Craddock, neurosurgeon, while stationed at W.E. Donaldson Correctional Facility (herein after W.E.D.C.F.) where I have been for over 11 (eleven) years. (incarserated since January 1995).

The spinal surgery corrected the severe misalignment of the lower lumbar vertabrae that was crushing spinal nerves. I was never given rehabilitation and pain medication was lowered then stripped to nothing within a matter of 3 weeks. I was placed back in population at W.E.D.C.F. wearing a large torso body shell and not called back to the infirmory but was called back to see Dr Craddock at Carroway

(1)

NEXT→
p. 1 of 8

about six weeks after the surgery. Dr Craddock told me I was making phenomenal progress but the pain I suffered from nerve damage may never go away. I was also told my physical shape would never be one hundred percent again and I should limit myself.

I would sign up to see prison medical staff over the course of the next 2 (two) years but never given any pain medication of worth. I have been self confined to my assigned bed area exercise limited and pain would flucuate between low and medium levels. Stabbing pains. Muscle spasms.

In December of 2005 a PHS (prison health services) doctor gave me several profiles (medical restrictions) ① NO LIFTING OVER TEN POUNDS ② SHOULD NOT WORK ③ DOUBLE MATTRESS (bottom bed) ④ NO BENDING — a six month long profile. That doctor told me to slow down or I could possibly be in a wheel chair by the age of forty-five.

It did me no good to produce this profile to correctional officers. I was placed on middle and top bunks several times. The double mattress (second mattress) was taken from me in March of 2006 by Officer Smitherman for institutional need and never given back.

In an effort to self medicate I used marijuana. I was given a urinealysis in June of 2006 and found positive and given a disciplinary.

I was doing as well as could be expected inside prison walls. The pain I suffered was like normal sprains and sharp stabs. I was getting around OKAY with little

trouble.

On August 28, 2006, I was attacked by 3 (three) inmates in the W.E.D.C.F. law library. The first inmate, Jose Crawford, sucker punched me. The second, Thomas McDowell threw punches with his fist towards my head. The third, Paul McDowell threw chairs at me. Over the course of a few seconds I wrapped my forearm around the head of Crawford and pulled him to me. I deflected the punches threw by Thomas McDowell and moved toward the back of the law library batting one chair out of the air with my free hand and ducking a second chair. I pulled Crawford to the floor with me and heard yelling to "get down, get down" this was Captain Richburg.

Captain Richburg had knocked a chair away from Paul McDowell and ordered him to the floor. Captain Richburg had witnessed the entire situation.

I was laying on my back with Crawford on top of me with still holding him in a head lock.

I heard more loud voices and stomping. Sergeants Carter and Atkinson had arrived. They immediately pulled Crawford off of me and forced him face first into the floor.

While Sergeant Carter watched me I used the library shelves to stand. Slowly I pulled myself to a crooked stance when Atkinson started yelling for me to "get down, get down" I was confused but put my hands up palms out saying "I got a bad back, I got a bad back." Captain Richburg too was echoing my statement "He's got a bad back he's got a bad back"

Both Sergeants grew crazed and ordered me to shut up. Atkinson was shaking a mace can and Carter pulled his baton. "Shut up, shut up get down get down" in order to comply I grabbed the library shelf and slowly lowered myself to my knees when Atkinson grabbed the lapels of my shirt and slung me face first into the concrete floor. He then, Atkinson, stomped my back ordering me to get my hands behind my back. Carter forced his foot into my face forcing my hand behind me while I said "my back, my back" Carter standing now rubs his foot in my face.

    Captain Richburg helps me up slowly takes me to a corridor near the scene and takes the handcuffs off. "Are you okay, I saw it all, are you okay" — all I could say was "I don't think so, my back, I'm hurting" Captain Richburg kept saying that Sergeants Atkinson and Carter "were just doing their job". I did not respond.

    Captain Richburg sent me to the W.E.D.C.F. infirmary unescorted.

    Prison Health Services (herein after P.H.S.) does "body charts", worksheet evaluation, after incidents that occur. Two "nurses" both black. One large and obese the other short and thick (neither wore name tags) asked me repeatedly what occurred. Neither seemed to want to touch me and refused my asking for them to view my back or body undressed so they could look for damage. They took my blood pressure. I complained repeatedly about pain. The short nurse gave me some peroxide to rinse my

mouth out because it had been busted, lower and upper lip, and was bleeding. The short nurse told me "fight to protect it honey I tried it once and it hurt real bad" I had told her the inmate named Crawford was a notorious homosexual.

The large nurse told me "well you ain't going to get no lorratabs" a pain medication I did not ask for I had just repeatedly complained about the pain I was suffering. The large nurse told me I could go and I would be signed up to see the physician.

Correctional Officer Bletcher told me to go back to the shift office, sercurity shack, to see Captain Richsburg. Captain Richburg then told me he had seen the entire event and I was free to go back to my assigned living area. All three of the inmates who attacked me were locked up (sent to segregation).

Over the course of the next three days I experienced racking sharp pains in my legs and back. Walking around felt like I was on sharp points. Top of my feet felt asleep and burning sensations. I complained and wrote out complaints to unit officers, Captain Gordy, Warden Kenneth Jones, and P.H.S. I went three days without the ability to walk to the institutional kitchen for food. Could not lay, stand, or sit up for very long I would have changed positions at least fifteen times at night trying to sleep. Very sharp pains streaking down the back of my legs and the front feeling like burning.

I began to move around a little at a time. I needed to get help so I started a civil suit in Montgomery County where A.D.O.C. is head quartered. I complained about the

⑤

- Govenors lack of interest in funding A.D.O.C. I complained about the attorney general, of Alabama, defending state employees and never getting state funds back used to defend them when their found to violate the law, or settle case against state employee, I complained about Commissioner of A.D.O.C. and employees all disregarding multiple assailant assaults, I complained that Sergeants Atkinson and Carter had used excessive force with me, I complained that I was living under torturous conditions, to include severe pain and sufferring and that I was not recieving medical care.

I was placed in "INVESTIGATIVE SEGREGATION" by Captain Chris Gordy, without incident, which is the <u>same</u> "segregation" as punitive and Ad Min Seg. AFTER I WAS MADE TO SIT 12 (twelve) hours in a glass walled observation cubicle. I had done NOTHING TO WARRANT THIS TREATMENT AND IT WAS A FULL 30 (thirty) days since the altercation in the law library. September 30, 2006, I was placed in a single cell for ten days under INVESTIGATIVE STATUS. I met Paul McDowell there, one of the three inmates that attacked me, I explained the situation and he agreed to write out an affidavit for me. This affidavit is witnessed and does <u>IN FACT</u> state the same events I described, CV-06-2654 (attached as evidence to complaint). I was moved to another segregation area. Made to sit TEN days punitive segregation for an old disciplinary infraction (dirty urinalysis - trying to self medicate) of June 2006. I was then placed in Ad Min Seg status and left alone. In October, approximately 11, 2006, I filed the civil suit CV-06-2654 in Montgomery - explained at top of page - The Circuit Court Judge, Hon. Eugene Reese, refused to grant me indigent status (although I'd had no money in a year) until

(6)

early January 2007 and ordered complaints to be served. The complaints were served January 30, 2007, and I was transferred away from W.E.D.C.F. to K.C.F. on February 14, 2007. All but 3 three of the defendants answered the complaint. NONE stated that I did not have serious disability or was sufferring pain. ALL stated that if they had violated rights they were covered by immunity statutes. Pled the defense of "unclean hands".

- P.H.S. refuses to properly diagnos or treat my physical pain and sufferring. I receive "MOTRIN" or "TYLENOL" for headaches. I am made to sit in a 5'x 8'x 8' ('= foot) cell 24 hours a day, seven days a week, now for 5 months at K.C.F., for a total of over 9 (nine) months of segregation. Day in and day out I experience pain and suffering there from. I can not exercise out of cell because of leg restraints. I've tried on 2 (two) occassions and the pain was excruciating. I can not walk back and forth inside my cell, TOO SMALL, and the pain in my feet, legs, and back increases alot. My feet are numbing and pain streaking down my lower back and legs constant no matter the position my body is in. I have pain in my abdominal area - but it feels like its from my back. Projecting forward. Straining. Stabbing pressure pain in my lower back, stabbing pain under my left buttocks (upper left thigh) all the way down to my ankle. Little prick like needle pains in the bottom of my feet, and headaches, neck pain, sleeplessness, emotional stress, depression. Firey pain in the front of my legs to my knees. From bending or stooping the pain is so severe I feel like I might faint. I've gained weight from no activity which does not help.

I have no choice a⑦bout the situation I'm in →

I'm at the mercy of the defendants who refuse to grant me even sufficient legal supplies to perfect claims to any Court.

I have a sentence of Life without parole and general population is the only freedom I am allowed.

- The Hon. Eugene Reese, Cir. Ct. Judge, CV-06-2654, WILL NOT ACKNOWLEDGE ANY MOTION OR REQUEST PUT BEFORE THAT COURT BY ME. EVEN A OBVIOUS DEFAULT JUDGMENT WHEN 3 three defendants refused to answer complaint after 7 (seven) weeks. 90 (ninety) days passed <u>after</u> the 7 week default and Judge Reese had still not ordered any relief. I asked that Court to dismiss without prejudice so that I could pursue matter in federal court.
- I've subtracted several defendants in the hopes of specifying claims.

** ALL OF THE DEFENDANTS HAVE HAD SIX MONTHS NOTIFICATION OF PLAINTIFFS COMPLAINTS AND THEY HAVE REFUSED TO CORRECT THE PROBLEMS.

I sincerely feel the damage done to my body could be corrected through proper care if treatment were made available. I will always be disabled but I should not have to suffer like this because a state agency and its henchman medical providers act as vigilante zealots to save a dollar and torture prisoners. I have not been convicted of a felony in Alabama for fifteen years. I have over a year clear disciplinary record with nothing violent on said record for over 6 (six years). I NEED MEDICAL ASSISTANCE AND RELEASED FROM ADMIN SEG.

I Jerry Dale Bennett certify under penalty of perjury that the above stated and throughout these 8 eight pages is true and correct to the best of my ability.

Respectfully,
Jerry Dale Bennett pro se
JERRY DALE BENNETT 182152x
PO Box 150
Mt Meigs Ala 36057

* Done this the 13th day of July 2007



p. 8 of 8
*END*