IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

JERRY DALE BENNETT
plaintiff

v.

TROY KING, et al.
defendant(s)

CASE NUMBER:
2:07 CV 628 MEF

* OBJECTION TO MAGISTRATES FINDING, 28 USCS § 636(c)(4) and Rule 73(d), F.R.Civ.P., denying APPOINTMENT OF COUNSEL, document #5-1, 7/10/07, AND MOTION FOR COURT TO ORDER APPOINTMENT OF COUNSEL, 18 USCS § 3006(A) *

The Plaintiff, Jerry Dale Bennett, pro se prays relief in the above entitled cause by this Honorable Courts finding that the MAGISTRATE, Honorable Charles S. Coody, on July 10, 2007, erroneously denied Plaintiff appointment of counsel, document #5-1, for the following reasons:

1. Plaintiff is disabled and has no proper place to write his pleadings or study. Disability causes severe pain and Plaintiff must constantly reposition body to write. Disability causes severe headaches that affect vision.

2. Plaintiff is held in MAXIMUM SERCURITY confinement at Kilby Correctional Facility, a very small cell, and is not allowed proper access to institutional law library.

3. Plaintiff is indigent and can not afford copies and MUST depend on 8 (eight) sheets of paper and 2 (two) LEGAL ENVELOPES A WEEK.

4. Plaintiff is a novice of Federal litigation and suffers incarceration.

5. Plaintiff must handwrite all legal pleadings and Alabama Department of corrections does not provide writing instruments.

6. Defendants all claim qualified and absolute immunity defenses and this area of litigation is not only complex but multi-demensional.

7. Plaintiff does not have access to recent rulings of the Courts. Plaintiff does not know exactly what to ask for so it will not be given to him.

8. Defendants are State Employees and due protection of The Attorney Generals Office - AN UNLIMITED POWER WITH UNLIMITED RESOURCES, which creates an obvious unlevel feild of litigation. Prison Health Services has hired a legal FIRM out of Birmingham to handle litigation.

9. Plaintiff encourages arbitration to allievate constitutional violations but refuses to parlay without counsel to represent Plaintiff.

10. Plaintiff shows unto this Court that the MAGISTRATE denied appointment of counsel due to simplicity of claims, and laws being "not complex" - Plaintiff offers that on the same day the MAGISTRATE ORDERED PLAINTIFF, document #6-1, to AMEND the original complaint, offered by Plaintiff, with "specific" details and better statements. How can something be simple if the "cause" can not be determined? The MAGISTRATE also allowed that PLAINTIFFS claims centered on conditions of confinement at Kilby Correctional Facility. Plaintiff has clearly stated that the allegations surround treatment suffered by Plaintiff as an inmate of Alabama Department of Corrections.

11. Defendants can not claim Plaintiff is NOT DISABLED. Defendants CAN NOT claim Plaintiff has misrepresented the facts of this cause and Plaintiff is MOST CERTAINLY DUE RELIEF.

12. Plaintiff avers further that CV-06-2654, Montgomery Cty Cir Ct, litigation has already notified the Defendants and qualified or absolute immunity is their collective defense. This litigation was filed in OCTOBER OF 2006. Defendants do not claim Plaintiff misrepresents the facts.

* Plaintiff Bennett prays this Court to appoint counsel pursuant 18 USCS § 3006 A (g)(b). Plaintiff feels without counsel the abuses now suffered will continue causing irreparable injury.
   * Respectfully Plaintiff Bennett prays relief.

* July 13, 2007.

Respectfully
Jerry Dale Bennett pro se
JERRY DALE BENNETT #182152X
KCF C-21 (seg); PO BOX 150
Mt Meigs, Alabama 36057

* I Jerry Dale Bennett, certifies under penalty of perjury that the above stated facts are true and correct to the best of my ability.

* July 13, 2007

Respectfully,
* Jerry Dale Bennett pro se
- address above.

* pursuant 28 USCS §1746

(3)

- END
p. 3 of 3