\* IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

MONTGOMERY, ALABAMA  \*

JERRY DALE BENNETT
  plaintiff

v.

TROY KING, et al.
  defendant(s)

CASE NUMBER:

2:07 CV 628 MEF

\* MOTION FOR COURT TO ORDER PRODUCTION OF DOCUMENTARY EVIDENCE NECESSARY TO PROVE PLAINTIFFS CLAIMS AT NO COST TO INDIGENT PLAINTIFF, PER 28 USCS §§ 2250, 2247 (62 Stat 966) \*

Comes now The Plaintiff, JERRY DALE BENNETT, pro se to respectfully pray this Honorable Court to ORDER the production of evidentiary documentation, at no cost to the indigent plaintiff, necessary to prove Plaintiffs claims, per 28 USCS § 2250, 2247 (6/25/48, c. 646, 62 Stat 966).

The documents are as follows:

1. CV-06-2654, entire court clerks file, at Montgomery County Circuit Court, address: MELISSA RITTENOUR; PO BOX 1667; Montgomery, AL 36102-1667.

2. INMATE MEDICAL FILE AND INSTITUTIONAL RECORD as kept by the Alabama Department of Corrections at 1400 LLOYD STREET, MONTGOMERY, AL 36107.

Indigent Plaintiff BENNETT shows unto the Court as follows:

(1)

1. Plaintiff is indigent and can not afford copies.
2. Plaintiff has been denied counsel by this Court.
3. Records ask of by Plaintiff will prove every allegation put forth by Plaintiff.
4. Plaintiff is incarserated and has no opportunity to obtain these documents otherwise.

\* Alternatively if Defendants do not wish to produce documentation then Defendants MUST acknowledge the following "ADMISSIONS":

1. Plaintiff BENNETT HAS BEEN ATTACKED BY MULTIPLE ASSAILANTS, THAT WERE OR ARE CONVICTS, 4 (four) TIMES IN THE PAST 12 (twelve) YEARS WHILE STATIONED AT DONALDSON CORRECTIONAL FACILITY AND THAT NONE OF THE ATTACKERS WERE CHARGED WITH A FELONY PER §14-11-11, Code of Ala 1975.

2. PLAINTIFF BENNETT IS DISABLED AND SUFFERS PAIN DUE TO DISABILITY AND HEALTH CARE PROVIDER REFUSES TO PROPERLY DIAGNOS AND TREAT DISABILITY TO ALLIEVIATE PAIN.

3. PLAINTIFF BENNETT SUFFERS LOCK DOWN MAXIMUM SERCURITY ADMINISTRATIVE SEGREGATION FOR NINE MONTHS UNJUSTLY.

4. DEFENDANTS ATKINSON AND CARTER USED EXCESSIVE FORCE AS WITNESSED BY BYSTANDERS AGAINST, AND UNJUSTLY, PLAINTIFF ON AUGUST 29, 2006, WHEN PLAINTIFF WAS COMPLIANT AND VULNERABLE.

6. DEFENDANTS HAVE ALL BEEN NOTIFIED BY CIVIL COMPLAINT THAT PLAINTIFF SUFFERS SEVERE CONSTITUTIONAL VIOLATIONS AND HAVE REMAINED DELIBERATELY INDIFFERENT.

7. DEFENDANT PRISON HEALTH SERVICES HAS BEEN NOTIFIED SEVERAL TIMES THAT PLAINTIFF SUFFERS SEVERE PAIN VIA DISABILITY AND FOR REASONS OF "PROCEDURE AND SERCURITY" EXCUSE REFUSE TO ASSIST, DIAGNOS, AND PROPERLY TREAT PAIN.

Plaintiff respectfully prays relief.

* Done this 13th day of July 2007

Respectfully
Jerry Dale Bennett pro se
JERRY DALE BENNETT 182152X
KCF C-21; PO Box 150
Mt Meigs, Ala 36057

* I Jerry Dale Bennett certify under penalty of perjury that the above stated facts are true and correct to the best of my ability.

* July 13, 2007

Respectfully
* Jerry Dale Bennett pro se
address above

* pursuant 28 USCS § 1746

(3)