IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY DALE BENNETT, #182152, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-628-MEF |
| | ) |
| TROY KING, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for permission to enter into the record an amended complaint filed by the plaintiff on July 18, 2007 (Court Doc. No. 12), and as the proposed amended complaint fails to comply with the directives of the order entered on July 10, 2007 (Court Doc. No. 6), it is

ORDERED that this motion be and is hereby DENIED. The Clerk is DIRECTED to strike this document from the record and return it to the plaintiff.[1]  It is further

ORDERED that on or before August 1, 2007 the plaintiff shall file an amended complaint which:

1. Names those individuals *who are personally responsible* for the alleged violations of his constitutional rights with respect to the conditions of confinement at the Kilby Correctional Facility. The plaintiff is advised "that neither Troy King, the Attorney

---

[1] The plaintiff is advised that his proposed amended complaint addresses actions taken against him at the William E. Donaldson Correctional Facility. These claims should be filed in the United States District Court for the Northern District of Alabama.

General of the State of Alabama, nor Richard Allen, commissioner of the Alabama Department of Corrections, are in any way personally involved with the actions about which the plaintiff complains" as regards conditions of confinement at the Kilby Correctional Facility. *Recommendation of the Magistrate Judge - Court Doc. No. 8* at 3. Thus, the plaintiff is advised that in filing his amended complaint he should not list these individuals as defendants.

    2. Specifically describes how each named defendant violated his constitutional rights. In responding to this directive, the plaintiff shall explain how the condition about which he complains violates the Constitution.

    In responding to this order, the plaintiff must set forth **short and plain statements** showing why he is entitled to relief. Each allegation in the pleading should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*. The plaintiff is advised that this case will proceed only against those properly defendants named and the claims presented in the amended complaint.

    The plaintiff is cautioned that if he fails to comply with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

    Done this 18th day of July, 2007.

                                           /s/ Charles S. Coody
                                           CHARLES S. COODY
                                           CHIEF UNITED STATES MAGISTRATE JUDGE