IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JERRY DALE BENNETT        )
                                 )
       Plaintiff,          )
v.                              )       CASE NO. 2:07-cv-628-MEF
                                 )
TROY KING, *et al.,*         )
                                 )
       Defendants.      )

# **O R D E R**

Upon consideration of plaintiff's Entreaty for Relief from Order of Denial 7/10/07, Rule 60, F.R.Civ.P., and Motion for Court to Order Temporary Restraining Order per Rule 65(b)(1) and (2), F.R.Civ.P. (Doc. #9) filed on July 18, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 20th day of July, 2007.

                    /s/ Mark E. Fuller
                CHIEF UNITED STATES DISTRICT JUDGE