IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY DALE BENNETT, #182152, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07cv628-MEF |
| | ) | (WO) |
| TROY KING, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

On July 17, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby ADOPTED.

2. That the plaintiff's claims arising from actions taken against him and conditions of confinement during his incarceration at the William E. Donaldson Correctional Facility are DISMISSED without prejudice to the rights of the plaintiff to file a separate 42 U.S.C. § 1983 action in the United States District Court for the Northern District of Alabama.

3. That Kenneth Jones, Christopher Gordy, Marcus Atkinson, Ronald Carter and Prison Health Services are DISMISSED as parties to this cause of action.

4. That the plaintiff's claims against Troy King, Richard Allen and Eugene Reese are DISMISSED with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii).

5. That the plaintiff's claim challenging the conditions of confinement at the Kilby Correctional Facility, is REFERRED BACK to the Magistrate Judge for appropriate

proceedings.

Done this the 7th day of August, 2007.

                                                /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE