IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JERRY DALE BENNETT, #182152, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-0628-MEF |
| | ) |
| TROY KING, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

On August 14, 2007, the Magistrate Judge filed a Recommendation (Doc. #18) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for plaintiff's failure to file an amended complaint in compliance with the orders of this court.

DONE this the 6th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE